In the United States Bankruptcy Court
For the District of Maryland

In Re: Sylvia Hylton                                  Case No. 15-14649
                                                       Chapter 13
    Debtor(s)

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the attached CHAPTER 13 PLAN was sent electronically via ECF and/or first class mail, postage pre-paid to the below listed parties the 14th day of May, 2015.

                      /S/ James R. Logan
                    James R. Logan
                    Attorney for the Debtor
                    2419 Maryland Avenue
                    Baltimore, MD 21218
                    (410) 243-1508

Ellen W. Cosby, Trustee
Via ECF

```
Label Matrix for local noticing      The Oaks at Old Court Homeowners Association    Bank of America
0416-1                                c/o Kathleen J. Young, Esquire                  Attn: Correspondence Unit/CA6-919-02-41
Case 15-14649                         Elmore, Throop & Young, P.C.                    Po Box 5170
District of Maryland                  P.O. Box 1473                                   Simi Valley, CA 93062-5170
Baltimore                             5 Riggs Avenue
Thu May 14 11:44:19 EDT 2015          Severna Park, MD 21146-3879

Cap1/rmstr                            Cedar Financial                                 Chase Card
Po Box 30253                          24009 Ventura Blvd Ste 2                        Po Box 15298
Salt Lake City, UT 84130-0253         Calabasas, CA 91302-2550                        Wilmington, DE 19850-5298


Comenity Bank/Ann Taylor              Comenity Bank/vctrssec                          Comptroller of the Treasury
Attention: Bankruptcy                 Po Box 182789                                   Compliance Division, Room 409
Po Box 182686                         Columbus, OH 43218-2789                         301 W. Preston Street
Columbus, OH 43218-2686                                                               Baltimore, MD 21201-2305


Dept Of Ed/navient                    Discover Fin Svcs Llc                           Diversified
Po Box 9635                           Po Box 15316                                    10550 Deerwood Park Blvd
Wilkes Barre, PA 18773-9635           Wilmington, DE 19850-5316                       Jacksonville, FL 32256-2805


Dsnb Macys                            (p)BANK OF AMERICA                              GECRB/JC Penny
9111 Duke Blvd                        PO BOX 982238                                   Attention:  Bankruptcy
Mason, OH 45040-8999                  EL PASO TX 79998-2238                           Po Box 103104
                                                                                      Roswell, GA 30076-9104


GECRB/Lowes                           GECRB/Sams Club                                 Municipal E Cu Baltimo
Attn: Bankruptcy                      Gecrb/Sams Club                                 Mecu Of Baltimore, Inc.
Po Box 103104                         Po Box 103104                                   Attn. Bankruptcy Dept, 11th fl. 7 Redwoo
Roswell, GA 30076-9104                Roswell, GA 30076-9104                          Baltimore, MD 21202-1106


Quantum3 Group LLC as agent for       Sams Club / GEMB                                Sears/cbna
Comenity Bank                         Attention:  Bankruptcy Department               133200 Smith Rd
PO Box 788                            Po Box 103104                                   Cleveland, OH 44130
Kirkland, WA  98083-0788              Roswell, GA 30076-9104


Seterus Inc                           St Joseph Medical Ctr                           State of Maryland DLLR
8501 Ibm Dr, Bldg 201, 2dd188         7601 Osler Dr                                   Division of Unemployment Insurance
Charlotte, NC 28262-4333              Towson, MD 21204-7578                           1100 N. Eutaw Street, Room 401
                                                                                      Baltimore, MD 21201-2225


Suntrust Bk                           Suntrust Mortgage/cc 5                          Supervisor of Delin. Accts.
Attn: Bankruptcy Dept                 Attn:Bankruptcy Dept                            Rm. 1 Municipal Building
Po Box 85092 Mc Va-Wmrk-7952          Po Box 85092 Mc Va-Wmrk-7952                    Holliday & Lexington Streets
Richmond, VA 23285-5092               Richmond, VA 23285-5092                         Baltimore, MD 21202


Us Dept Of Education                  Visa Dept. Stores                               Wf Card/wb
Po Box 5609                           Attn: Bankruptcy                                Credit Bureau Disp
Greenville, TX 75403-5609             Po Box 8053                                     Des Moines, IA 50306
                                      Mason, OH 45040-8053
```

| | | |
|---|---|---|
| Ellen W. Cosby | James R. Logan | Sylvia Hylton |
| 300 E Joppa Road, Suite 409 | James R. Logan P.A. | 3904 Queens Lace Street |
| Towson, MD 21286-3005 | 2419 Maryland Avenue | Pikesville, MD 21208-2319 |
| | Baltimore, MD 21218-5017 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Fia Csna
Po Box 982235
El Paso, TX 79998

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Citicorp Trust Bank
INVALID ADDRESS PROVIDED

End of Label Matrix
Mailable recipients    32
Bypassed recipients     1
Total                  33

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**

In Re:   Sylvia Hylton                    *

                                                          *   Case No.   15-14649

                                                          *   Chapter   13

                                                          *

         Debtor                         *

## CHAPTER 13 PLAN

  **X**    Original Plan      ___ Amended Plan      __ Modified Plan

The Debtor proposes the following Chapter 13 plan and makes the following declarations:

1. The future earnings of the Debtor are submitted to the supervision and control of the Trustee, and Debtor will pay as follows (select only one):
   a. $ _375.00_ per month for a term of __60__ months. OR

   b. $_____per month for _____month(s),
      $_____per month for _____month(s),
      $_____per month for _____month(s), for a
      total term of _____ months.  OR

   c. $_____per month prior to confirmation of this plan, and
      $_____ per month after confirmation of this plan, for a total term of
      _____ months (if this option is selected, complete 2.e.i).

2. From the payments received, the Trustee will make the disbursements in the order described below:

   a. Allowed unsecured claims for domestic support obligations and trustee commissions.

   b. Administrative claims under 11 U.S.C. §507(a)(2), including attorney's fee balance of $__3,500.00_ (unless allowed for a different amount by an order of court).  (*To be paid in accordance with Paragraph 4B of Local Rule Appendix F.)

   c. Claims payable under 11 U.S.C. § 1326(b)(3).  Specify the monthly payment: $ _____.

   d. Other priority claims defined by 11 U.S.C. §507(a)(3)-(10).  The Debtor anticipates the following priority claims: None.

   e. Concurrent with payments on non-administrative priority claims, the Trustee will pay secured creditors as follows:

I.  Until the plan is confirmed, adequate protection payments and/or personal property lease payments on the following claims will be paid directly by the Debtor; and, after confirmation of the plan, the claims will be treated as specified in 2.e.ii and 2.e.iii, below (designate the amount of the monthly payment to be made by the Debtor prior to confirmation, and provide the redacted account number (last 4 digits only), if any, used by the claimant to identify the claim):

| Claimant | Redacted Acct. No. | Monthly Payment |
|---|---|---|

ii.  Pre-petition arrears on the following claims will be paid through equal monthly amounts under the plan while the Debtor maintains post-petition payments directly (designate the amount of anticipated arrears, and the amount of the monthly payment for arrears to be made under the plan):

| Claimant | Anticipated Arrears | Monthly Payment | No. of Mos. |
|---|---|---|---|
| Seterus | $12,500.00 | | |

iii.  The following secured claims will be paid in full, as allowed, at the designated interest rates through equal monthly amounts under the plan:

| Claimant | Amount | % Rate | Monthly Payment | No. of Mos.: |
|---|---|---|---|---|

iv.  The following secured claims will be satisfied through surrender of the collateral securing the claims (describe the collateral); any allowed claims for deficiencies will be paid pro rata with general unsecured creditors; upon confirmation of the plan, the automatic stay is lifted, if not modified earlier, as to the collateral of the listed creditors:

v.  The following secured claims are not affected by this plan and will be paid outside of the plan directly by the Debtor: None.

vi.  If any secured claim not described in the previous paragraphs is filed and not disallowed, that claim shall be paid or otherwise dealt with outside the plan directly by the Debtor, and it will not be discharged upon completion of the plan.

vii.  In the event that the trustee is holding funds in excess of those needed to make the payments specified in the Plan for any month, the trustee may pay secured claims listed in paragraphs 2.e.ii and 2.e.iii in amounts larger than those specified in such paragraphs.

f.  After payment of priority and secured claims, all allowed general, unsecured claims will be paid pro rata. (If there is more than one class of unsecured claims, describe each class.)

3. The amount of each claim to be paid under the plan will be established by the creditor's proof of claim or superseding Court order. The Debtor anticipates filing the following motion(s) to value a claim or avoid a lien. (Indicate the asserted value of the secured claim for any motion to value collateral.): None.

4. Payments made by the Chapter 13 trustee on account of arrearages on pre-petition secured claims may be applied only to the portion of the claim pertaining to pre-petition arrears, so that upon completion of all payments due under the Plan, the loan will be deemed current through the date of the filing of this case. For the purposes of the imposition of default interest and post- petition charges, the loan shall be deemed current as of the filing of this case.

5. Secured Creditors who are holding claims subject to cramdown will retain their liens until the earlier of the payment of the underlying debt determined under nonbankruptcy law, or discharge under § 1328; and if the case is dismissed or converted without completion of the plan, the lien shall also be retained by such holders to the extent recognized under applicable nonbankruptcy law.

6. The following executory contracts and/or unexpired leases are assumed (or rejected, so indicate); any unexpired lease with respect to personal property that has not previously been assumed during the case, and is not assumed in the plan, is deemed rejected and the stay of §§ 362 and/or 1301 is automatically terminated:

7. Title to the Debtor's property shall revest in the Debtor when the Debtor is granted a discharge pursuant to 11 U.S.C. §1328, or upon dismissal of the case, or upon closing of the case.

8. Non-standard Provisions: None.


\_4/14/15\_\_\_\_                                          \_\_/S/ Sylvia Hylton\_\_\_\_\_
Date                                                              Debtor



\_\_/S/ James R. Logan_____           _____
Attorney for Debtor                                   Joint Debtor